Christopher A. Carr (#44444)
   ccarr@afrct.com
Viddell Lee Heard (#175049)
   vheard@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
   CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel:  (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendant
WACHOVIA MORTGAGE, a division of
WELLS FARGO BANK, N.A., successor by
merger to WACHOVIA MORTGAGE, FSB
f/k/a WORLD SAVINGS BANK, FSB

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSMEIO SALAMANCA,<br><br>         Plaintiff,<br><br>  vs.<br><br>WACHOVIA BANK, N.A., formerly doing business as WORLD SAVINGS BANK; NDEX WEST, LLC; and DOES 1 through 50, inclusive,<br><br>         Defendants | Case No.  2:11-CV-00591-JFW (FFMx)<br><br>[Assigned to The Honorable John F. Walter, Courtroom 16 ]<br><br>**JUDGMENT OF DISMISSAL**<br><br>NOTE: CHANGES MADE BY THE COURT |

/ / /

/ / /

/ / /

/ / /

On February 17, 2011, this Court entered an Order granting, without leave to amend, the Motion to Dismiss the Complaint, filed by Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., successor by merger to Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wachovia"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In accordance with that Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Wachovia is dismissed from this case, with prejudice;
2. Plaintiff Arsmeio Salamanca shall take nothing from Defendant Wachovia in this action;
3. Wachovia shall be entitled to recover its costs of suit.

Dated: March 4, 2011, 2011

_____
The Honorable John F. Walter
United States District Judge